# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 20, 2020

### NO. 03-20-00396-CV

**Shattuck LLC, Appellant**

**v.**

**Mary Kleypas, as Independent Executor and as Beneficiary of the Estate of Gregory K. Shattuck, Deceased, Appellee**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on July 20, 2020. Appellant Shattuck LLC filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.